# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL WILLIAMS,** | ) |
| Petitioner, | ) |
| v. | ) No. 07-CV-35-DRH |
| **YOLANDE JOHNSON,** | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud on petitioner's Petition for Writ of Habeas Corpus pursuant to **28 U.S.C. §2254**.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on December 22, 2009, the petition is **DENIED** and this case is **DISMISSED** with prejudice----------------------------------------------------------------------------------

                               **NANCY J. ROSENSTENGEL,**
                               **CLERK OF COURT**

                               **BY:** /s/*Sandy Pannier*
                                     **Deputy Clerk**

Dated: December 29, 2009.

APPROVED: /s/ *David R Herndon*
                   CHIEF JUDGE
                   U. S. DISTRICT COURT